1   DANIEL G. BODGEN
    United States Attorney
2   District of Nevada
    ERIC JOHNSON
3   Assistant United States Attorney
    333 Las Vegas Boulevard, Suite 5000
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6336

5

6             ¶ UNITED STATES DISTRICT COURT

7                 DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,     )   2:03-mj-02033-PAL
                                )
9                   Plaintiff,   )   **ORDER FOR DISMISSAL**
                                )
10       vs.                           )
                                )
11   TOMMY RAY CRABAUGH          )
                                )
12               Defendant.   )
                                )

13

14         Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

15 endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint

16 filed on February 18, 2003.

17         DATED this 21st day of January, 2014.

18                                   DANIEL G. BOGDEN
                                  United States Attorney
19
                                  /s/Eric Johnson
20
                                  ERIC JOHNSON
21                                   Assistant United States Attorney
                                  Chief, Criminal Division
22

23         Leave of Court is granted for the filing of the foregoing dismissal

24         DATED this __27th__ day of _____January_____, 2014.

25

26                                   United States Magistrate Judge

                          1